```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 08902
   THOMAS COWAN
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

          Debtor
     SSN XXX-XX-5662


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/11/08 .

     2.  The case was dismissed without confirmation, 07/18/2008.

     3.  The Debtor paid a total of $    3000.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
AMERICAS SERVICING CO      CURRENT MORTG         .00             .00             .00
AMERICAS SERVICING CO      MORTGAGE ARRE   NOT FILED             .00             .00
COOK COUNTY TREASURER      SECURED               .00             .00             .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00             .00             .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE   NOT FILED             .00             .00
LAKE COUNTY COLLECTOR      SECURED               .00             .00             .00
DELL FINANCIAL             UNSECURED       NOT FILED             .00             .00
LIGHTHOUSE FINANCIAL GRO   SECURED VEHIC         .00             .00          219.00
CAPITAL ONE BANK           UNSECURED       NOT FILED             .00             .00
CITIBANK                   UNSECURED       NOT FILED             .00             .00
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED             .00             .00
NICOR GAS                  UNSECURED       NOT FILED             .00             .00
MEDICAL BUSINESS BUREAU    UNSECURED       NOT FILED             .00             .00
PROVIDIAN                  UNSECURED       NOT FILED             .00             .00
PROVIDIAN                  UNSECURED       NOT FILED             .00             .00
SPRINT                     UNSECURED       NOT FILED             .00             .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED         .00          .00          .00          .00            .00
PRINCIPAL PAID          219.00          .00          .00          .00         219.00
INTEREST PAID              .00          .00          .00          .00            .00
TOTAL PAID              219.00          .00          .00          .00         219.00
The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $     3500.00
and was paid $    3500.00   direct and $       .00  through the plan.

The Trustee received $      13.48 .

Refunds to the Debtor totaled $    2767.52 .
```

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/09/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE